UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: ) | |
| ) | |
| STEPHEN J. SCALESE ) | Chapter 11 |
| ) | Case No. 09-12952-HJB |
| DEBTOR ) | |
| ) | |

ORDER REGARDING CONDITIONAL APPROVAL OF
COMBINED PLAN OF REORGANIZATION AND
DISCLOSURE STATEMENT FOR INDIVIDUAL CHAPTER 11 DEBTOR,
FIXING TIMES FOR FILING
APPLICATIONS FOR COMPENSATION, FIXING TIMES
FOR FILING ACCEPTANCE OR REJECTION OF PLAN, AND
HEARING ON CONFIRMATION COMBINED WITH NOTICE THEREOF

At Boston, in said District, this _2nd_ day of _June_, 2009.

This matter having come before me as and the Debtor having submitted a Plan of Reorganization and Disclosure Statement for Individual Chapter 11 Debtor on May 20, 2009 and the Plan of Reorganization and Disclosure Statement for Individual Chapter 11 Debtor having been conditionally approved, with the date for objections and a hearing to be held thereon at the hearing on Confirmation of the Plan of Reorganization and Disclosure Statement for Individual Chapter 11 Debtor,

ORDERED, THAT

1. Disclosure Statement is conditionally approved pending Objections:

2. _June 30, 2009_ at _4:30_ a.m./p.m. is fixed as the last day for filing objections to the adequacy of the Disclosure Statement or Confirmation of the Plan of Reorganization.

3. _June 5, 2009_ is fixed as the last day for filing all Applications for Compensation, _except that Counsel for the Debtor may file an interim application by that date._

4. Within _7_ days after the entry of this Order, copies of this Order, together with copies of said Plan of Reorganization and Disclosure Statement for Individual Chapter 11 Debtor shall be served by the Debtor by first class mail, postage pre-paid, to all creditors, and other parties in interest;

5. _July 1, 2009_ at _11:30_ a.m./~~p.m.~~ at the United States Bankruptcy Court, 10 Causeway Street, 11th Floor, Courtroom 2, Boston, Massachusetts is fixed for the Final Hearing on approval of the Plan of Reorganization and Disclosure Statement for Individual Chapter 11 Debtor and the hearing on the Application of Debtor's Counsel for Compensation. _Interim_

6. All objections to confirmation of the Plan of Reorganization and to the Applications for Compensation must be filed with the Court and served upon Debtor's counsel and the United States Trustee's Office on or before _June 30, 2009_

7. The Bar Date for filing Proofs of Claims expired at 4:30 p.m. on May 18, 2009 as it was fixed as the last day for filing Proofs of Claims.

All objections to the adequacy of the Disclosure Statement or Confirmation of the Plan of Reorganization shall state with specificity the grounds for such objection. All parties objecting to the adequacy of the Disclosure Statement or Confirmation of the Plan of Reorganization shall appear to press their objections at the Hearing on Confirmation or said objection shall be overruled for failure to prosecute.

Henry J. Boroff
United States Bankruptcy Judge