# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
### Proceeding Memorandum/Order of Court

**In Re:** Stephen J. Scalese        **Case Number:** 09-12952        **Ch:** 11

**MOVANT/APPLICANT/PARTIES:**

#51  Motion of Debtor to Conditionally Approve Disclosure Statement and to combine hearing with that of Confirmation of Plan

**OUTCOME:**

\_\_\_\_\_Granted\_\_\_\_\_Denied\_\_\_\_\_Approved\_\_\_\_Sustained
\_\_\_\_\_Denied\_\_\_\_\_Denied without prejudice\_\_\_\_\_Withdrawn in open court\_\_\_\_\_Overruled
\_\_\_\_\_OSC enforced/released
\_\_\_\_\_Continued to:_____For:_____
\_\_\_\_\_Formal order/stipulation to be submitted by:_____Date due:_____
\_\_\_\_\_Findings and conclusions dictated at close of hearing incorporated by reference
\_\_\_\_\_Taken under advisement: Brief(s) due_____From_____
                                Response(s) due_____From_____
\_\_\_\_\_Fees allowed in the amount of: $_____Expenses of: $_____
\_\_\_\_\_No appearance/response by:_____
  ✓  DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

GRANTED.  NO OBJECTION WAS FILED BY ANY PARTY OR THE UNITED STATES TRUSTEE.  SEE ALSO ORDER OF EVEN DATE.


IT IS SO NOTED:                              IT IS SO ORDERED:

                                             /s/ Henry Jack Boroff
_____                 _____ Dated: 06/02/2009
Courtroom Deputy                             Henry J. Boroff, U.S. Bankruptcy Judge