UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| IN RE: | CHAPTER 11 |
|---|---|
| Stephen J. Scalese | CASE NO. 09-12952-HJB |
| Debtor | |

### DECLARATION OF ELECTION UNDER §1111(b)

U.S. Bank National Association, as Trustee for CSMC Mortgage-Backed Pass-Through Certificates, Series 2006-4, by and through its counsel, hereby elects (the "Election") pursuant to 11 U.S. C. § 1111(b) to have its claim #9-1 (the "Claim") filed on June 9, 2009 in the amount of $330,841.57 allowed under 11 U.S.C. § 502 as if such Claim were fully secured by the property of the debtor, which property is identified as 30 Second Avenue, Lowell, MA. The servicer for this loan is America's Servicing Company, whose counsel filed the proof of claim on the creditor's behalf.

U.S. Bank National Association, as Trustee for CSMC Mortgage-Backed Pass-Through Certificates, Series 2006-4 fully reserves all of its rights to change, modify or withdraw this Election for cause, including but not limited to a change in circumstances that would modify, supplement, amend or otherwise alter the Disclosure Statement Dated May 20, 2009.

«DebtorNames».
«BCICaseNumber»

Respectfully submitted,
US Bank National Association,
as Trustee.
By:


/s/ Deirdre M. Keady
    Deirdre M. Keady,  Esquire
HARMON LAW OFFICES, P.C.
P.O. Box 610345
Newton Highlands, MA 02461-0345
781-292-3925

Dated June 18, 2009


CERTIFICATE OF SERVICE

    I, Deirdre M. Keady, Esquire , state that on June   18   , 2009, I electronically filed the foregoing Declaration of Election Under §1111(b) with the United States Bankruptcy Court for the District of Massachusetts using the CM/ECF System.  I served the foregoing document on the following CM/ECF participants:

Office of the United States Trustee
Eric K. Bradford, Esq. for the U.S. Trustee
Nina M. Parker, Esq. for the debtor
A. Michelle Hart, Esq. for Countrywide Home Loans and A.S.C.
Corey M. Robertus, Esq. for Specialized Loan Servicing
Dean R. Prober, Esq.
Jeffrey M. Frankel, Esq. for Greenpoint Mortgage Funding


/s/ Deirdre M. Keady
Deirdre M. Keady, Esquire
BBO# 359020