**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **STEPHEN J. SCALESE** | ) | **Chapter 11** |
| | ) | **Case No. 09-12952-HJB** |
| **DEBTOR** | ) | |
| | ) | |

## MEMORANDUM OF ACCEPTANCE

To the Honorable Henry J. Boroff United States Bankruptcy Judge.

After solicitation by the Debtor for acceptances for the Plan of Reorganization and Disclosure Statement for Individual Chapter 11 Debtor and upon expiration of the deadline for filing ballots on June 30, 2009 at 4:30 p.m. the following is reported:

a.   The Class 5 Claimant voted to reject the Plan.

b.   One (1) claimant (Citibank on behalf of Sears) in Class 9 (General Unsecured) voted to reject the Plan of Reorganization in the amount of $13,371.91.

c.   One (1) claimant (Class 3 claimant, U.S. Bank National Association, as Trustee for CSMC Mortgage Backed Pass Through Certificates, Series 2006-4) elected treatment under 11 U.S.C.§1111(b) for the claim amount of $330,841.57.

                    Respectfully submitted,
                    **Stephen J. Scalese**
                    By his counsel,

                    /s/ Nina M. Parker
                    Nina M. Parker
                    (BBO #389990)
                    Jenny L. Yandell
                    (BBO #658322)
                    Parker & Associates
                    10 Converse Street
                    Winchester, MA  01890
DATED:   July 1, 2009          (781) 729-0005